# EXHIBIT N



Join

HOW IT WORKS



# Experience NYC in a whole new way

Citi Bike is the nation's largest bike share program, with 12,000 bikes and 750 stations across Manhattan, Brooklyn, Queens and Jersey City. It was designed for quick trips with convenience in mind, and it's a fun and affordable way to get around town.



## Join

Become an Annual Member or buy a short-term pass through the Citi Bike app.

➜ See pricing



## Unlock

Find an available bike nearby, and get a ride code or use your member key to unlock it.

➜ Find a bike



## Ride

Take as many short rides as you want while your pass or membership is active.

➜ See popular rides



## Return

Return your bike to any station, and wait for the green light on the dock to make sure it's locked.

➜ Get started

# Why Citi Bike?

SAVE MONEY   SAVE TIME   HAVE FUN   GET EXERCISE   GO GREEN

## Save Money

Using Citi Bike can save a lot of money over taking taxis. And a whole year of Citi Bike costs less than two monthly su

## A fun and affordable way to get around town

### Day Passes

Perfect for visitors and tourists.

Learn More

### Annual Membership

Best deal for New York locals.

Learn More

## Rules of the Road



### Ride with the traffic





### Obey traffic signals



## Stay off the sidewalk



## Yield to pedestrians

➜ Get more riding tips

# Get the App

The perfect co-pilot for getting around town.

See Learn More



# Meet the Bike

Easy to use and built to fit everyone.

See Features



# Frequently Asked Questions

### When should I use bike share vs. bike rental?

Bike share is ideal for short, one-way rides (getting from Point A to Point B) since you can take a bike out from any station and return it to any other in the network. You can also use it to take a longer ride – your first 30 minutes are included with a Day Pass and each additional...

### How do I take out a bike?

First, you need to become an Annual Member or buy a Day Pass to be able to use Citi Bike. Then, find available bikes on the Station Map or mobile app.  Once you've successfully inserted your member bike key or entered a ride code, the light on the dock will...

### Do I need bike share if I own my own bike?

Bike share can still be very useful even if you own your own bike. It's ideal for one-way trips, when you wouldn't be able to ride your own bike back home. It also saves the hassle of having to carry around a bike lock and find a place to lock your bike, and you never have...

### How can I make sure my bike was docked correctly?

To return a bike, line up the triangle at the front of the bike with the dock. When you insert your bike into the dock, the light on the dock will first show yellow. If it turns to green, it means you've docked the bike correctly and ended your ride. If the light turns...

➜ See all FAQ

> "I've stopped taking the subway because of Citi Bike. It lets me see the city me a TON of money."
>
> Talia B., 28, Manhattan



**PARTNERS**

  



**Sign Up**

➜ Pricing Details

**GET CITI BIKE NEWS & UPDATES**

email@domain.com

**Subscribe**

| About | Blog |
| Contact | Store |
| Careers | Gift Certificates |
| Partners | Give a Month, Get a Month |
| System Data | FAQ |
| Bike Rental NYC | |

**DOWNLOAD THE APP**

 

**FOLLOW US**

© Copyright 2013 - 2018 Motivate International, Inc. All rights reserved.

Citi Bike, Citi Bike and Arc Design and the Blue Wave are registered service marks of Citigroup, Inc.

Use of this website constitutes acceptance of the Terms of Use and Privacy Policy. Use of the Citi Bike services is governed by the Liability Waiver and Bicycle Rental Agreement.