UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDEAPP, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LYFT, INC.,<br><br>        Defendant. | Case No. 18-cv-07152-JST<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME**<br><br>Re: ECF No. 75 |

The Court grants the parties' stipulated request for an extension of time to respond to Defendant Lyft, Inc.'s motion for judgment on the pleadings. ECF No. 75. Accordingly, Plaintiff RideApp, Inc.'s opposition shall be filed by April 10, 2019, and Lyft's reply shall be filed by April 17, 2019.

The motion hearing on Lyft's motion for judgment on the pleadings, ECF No. 72, is continued to May 16, 2019.

**IT IS SO ORDERED.**

Dated: March 29, 2019

                                              JON S. TIGAR
                                       United States District Judge