| | |
|---|---|
| Jeremy J. Taylor (SBN 249075)<br>jeremy.taylor@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>San Francisco, CA 94111<br>Tel: (415) 291-6200<br>Fax: (415) 291-6300<br><br>Bryant C. Boren, Jr. (SBN 260602)<br>bryant.c.boren@bakerbotts.com<br>Elizabeth K. Boggs (SBN 280555)<br>betsy.boggs@bakerbotts.com<br>John F. Gaustad (SBN 279893)<br>john.gaustad@bakerbotts.com<br>Keith M. Jurek (SBN 310856)<br>keith.jurek@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, California 94304<br>Phone: (650) 739-7500<br>Fax: (650) 739-7699<br><br>Jennifer C. Tempesta (*admitted pro hac vice*)<br>**BAKER BOTTS L.L.P.**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Phone: (212) 408-2500<br>Fax: (212) 408-2501<br><br>*Attorneys for Defendant Lyft, Inc.* | Jeffrey J. Toney (*pro hac vice*)<br>Ralph E. Gaskins (*pro hac vice*)<br>Jackie L. Toney (*pro hac vice*)<br>Paul G. Williams (*pro hac vice*)<br>**KASOWITZ BENSON TORRES LLP**<br>1349 West Peachtree Street NW, Suite 1500<br>Atlanta, Ga 30309<br>Telephone: (404) 260-6080<br>Facsimile: (404) 260-6081<br>jtoney@kasowitz.com<br>rgaskins@kasowitz.com<br>jatoney@kasowitz.com<br>pwilliams@kasowitz.com<br><br>Lyn R. Agre (SBN 178218)<br>Margaret A. Ziemianek (SBN 233418)<br>**KASOWITZ BENSON TORRES LLP**<br>101 California Street, Suite 2300<br>San Francisco, California 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 398-5030<br>lagre@kasowitz.com<br>mziemianek@kasowitz.com<br><br>*Attorneys for Plaintiff RideApp, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIDEAPP, INC.<br><br>　　　　　Plaintiff,<br>v.<br><br>LYFT, INC.<br><br>　　　　　Defendant. | Case No. 18-CV-07152-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MOTION TO DISMISS BRIEFING AND EXPERT CLAIM CONSTRUCTION DISCOVERY** |

Pursuant to Civil L.R. 6-1(b) and 6-2, plaintiff RideApp, Inc. ("RideApp") and defendant Lyft, Inc. ("Lyft") hereby stipulate as follows:

WHEREAS on March 20, 2019, the Court entered a Scheduling Order setting the claim construction discovery cut-off deadline at August 19, 2019 (Docket No. 74);

WHEREAS the parties have agreed to exchange expert declarations with their claim construction briefs and have agreed to make their respective experts available for a deposition shortly after service their respective expert declaration;

WHEREAS Lyft filed its motion to dismiss the second amended complaint on June 26, 2019 (Docket No. 89), noticing a hearing date of August 8, 2019;

WHEREAS RideApp's response to the motion to dismiss is currently due on July 10, 2019 and Lyft's reply is currently due on July 17, 2019;

WHEREAS this Court has, pursuant to the parties' stipulation, previously granted one unrelated request for extension of time, giving RideApp additional time to file an opposition to Lyft's original motion for judgment on the pleadings, and giving Lyft additional time to file a reply (Docket No. 75);

WHEREAS the parties do not expect that these proposed changes will impact any other dates already fixed by Court Order, including the Patent L.R. 4-5 and 4-6 deadlines set in the Court's March 20, 2019 Scheduling Order (Docket No. 74) or the proposed date for the hearing on the motion to dismiss noticed in that motion (Docket No. 89); THE PARTIES HEREBY STIPULATE and jointly request that the Court extend the deadlines for briefing on Lyft's motion to dismiss such that:

1. The deadline for RideApp's responsive brief is extended one week until July 17, 2019; and
2. The deadline for Lyft's reply brief is extended one week until July 24, 2019.

THE PARTIES FURTHER STIPULATE and jointly request that the Court extend expert claim construction discovery such that:

1. If RideApp intends to rely on expert testimony for claim construction:
   a. RideApp may disclose a declaration from its expert with its Opening Claim

1      Construction Brief;

2   b. RideApp will make its expert available for a deposition shortly after disclosing

3      its expert's declaration, such that Lyft has adequate time to incorporate testimony

4      from the deposition into its Responsive Claim Construction Brief;

5   2. If Lyft intends to rely on expert testimony for claim construction:

6   a. Lyft may disclose a declaration from its expert with its Responsive Claim

7      Construction Brief; and

8   b. Lyft will make its expert available for a deposition shortly after disclosing its

9      expert declaration, such that RideApp has adequate time to incorporate testimony

10     from the deposition into its Reply Claim Construction Brief.



Dated: July 9, 2019

| | | |
|---|---|---|
| 1 | Dated: July 8, 2019 | Respectfully submitted, |
| 2 | | **BAKER BOTTS L.L.P.** |
| 3 | | */s/ Jeremy J. Taylor* |

Bryant C. Boren, Jr. (SBN 260602)
bryant.c.boren@bakerbotts.com
Elizabeth K. Boggs (SBN 280555)
betsy.boggs@bakerbotts.com
John F. Gaustad (SBN 279893)
john.gaustad@bakerbotts.com
Keith M. Jurek (SBN 310856)
keith.jurek@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699

Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
**BAKER BOTTS L.L.P.**
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300

Jennifer C. Tempesta (*admitted pro hac vice*)
jennifer.tempesta@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant LYFT, INC.*

| | |
|---|---|
| Dated: July 8, 2019 | */s/ Jeffrey J. Toney* |

Jeffrey J. Toney (*pro hac vice*)
Ralph E. Gaskins (*pro hac vice*)
Jackie L. Toney (*pro hac vice*)
Paul G. Williams (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jtoney@kasowitz.com
rgaskins@kasowitz.com
jatoney@kasowitz.com
pwilliams@kasowitz.com

Lyn R. Agre (SBN 178218)
Margaret A. Ziemianek (SBN233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com

*Attorneys for Plaintiff RideApp, Inc.*