UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDEAPP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC., <br><br> Defendant. | Case No. 18-cv-07152-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 89 |

Before the Court is Defendant Lyft, Inc.'s motion to dismiss. ECF No. 89. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 8, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 1, 2019



JON S. TIGAR
United States District Judge