1  Jeremy J. Taylor (SBN 249075)
   jeremy.taylor@bakerbotts.com
2  **BAKER BOTTS L.L.P.**
   101 California Street, Suite 3600
3  San Francisco, CA 94111
   Tel: (415) 291-6200
4  Fax: (415) 291-6300

5  Bryant C. Boren, Jr. (SBN 260602)
   bryant.c.boren@bakerbotts.com
6  Elizabeth K. Boggs (SBN 280555)
   betsy.boggs@bakerbotts.com
7  John F. Gaustad (SBN 279893)
   john.gaustad@bakerbotts.com
8  Keith M. Jurek (SBN 310856)
   keith.jurek@bakerbotts.com
9  **BAKER BOTTS L.L.P.**
   1001 Page Mill Road
10 Building One, Suite 200
   Palo Alto, California 94304
11 Phone: (650) 739-7500
   Fax: (650) 739-7699

12 Jennifer C. Tempesta (*admitted pro hac vice*)
13 **BAKER BOTTS L.L.P.**
   30 Rockefeller Plaza
14 New York, NY 10112
   Phone: (212) 408-2500
15 Fax: (212) 408-2501

16 *Attorneys for Defendant LYFT, INC.*

JEFFREY J. TONEY (*pro hac vice*)
RALPH E. GASKINS (*pro hac vice*)
JACKIE L. TONEY (*pro hac vice*)
PAUL G. WILLIAMS (*pro hac vice*)
HALA S. MOURAD (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1349 West Peachtree Street NW, Suite 1500
Atlanta, Ga 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jtoney@kasowitz.com
rgaskins@kasowitz.com
jatoney@kasowitz.com
pwilliams@kasowitz.com
hmourad@kasowitz.com

LYN R. AGRE (SBN 178218)
MARGARET A. ZIEMIANEK (SBN 233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com

*Attorneys for Plaintiff RIDEAPP, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RIDEAPP, INC.<br><br>        Plaintiff,<br>  v.<br><br>LYFT, INC.<br><br>        Defendant. | Case No. 18-CV-07152-JST<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

BAKER BOTTS L.L.P.

1
2      Pursuant to the Court's October 16, 2019 Claim Construction Order (ECF No. 117), the
3  parties have met and conferred and agree that the Court should enter judgment at this time. The
   parties have attached to this stipulation a proposed judgment approved as to form by RideApp.
4
5
   Dated: October 30, 2019                           Respectfully submitted,
6
                                                     **BAKER BOTTS L.L.P.**
7
                                                     */s/ John F. Gaustad*
8
                                                     Bryant C. Boren, Jr. (SBN 260602)
9                                                    bryant.c.boren@bakerbotts.com
                                                     Elizabeth K. Boggs (SBN 280555)
10                                                   betsy.boggs@bakerbotts.com
                                                     John F. Gaustad (SBN 279893)
11                                                   john.gaustad@bakerbotts.com
                                                     Keith M. Jurek (SBN 310856)
12                                                   keith.jurek@bakerbotts.com
                                                     **BAKER BOTTS L.L.P.**
13                                                   1001 Page Mill Road
                                                     Building One, Suite 200
14                                                   Palo Alto, California 94304
                                                     Phone: (650) 739-7500
15                                                   Fax: (650) 739-7699
16
17                                                   Jeremy J. Taylor (SBN 249075)
                                                     jeremy.taylor@bakerbotts.com
18                                                   **BAKER BOTTS L.L.P.**
                                                     101 California Street, Suite 3600
19                                                   San Francisco, CA 94111
                                                     Tel: (415) 291-6200
20                                                   Fax: (415) 291-6300
21
                                                     Jennifer C. Tempesta (*admitted pro hac vice*)
22                                                   **BAKER BOTTS L.L.P.**
                                                     30 Rockefeller Plaza
23                                                   New York, NY 10112
                                                     Phone: (212) 408-2500
24                                                   Fax: (212) 408-2501
25
26                                                   *Attorneys for Defendant LYFT, INC.*
27
28

BAKER BOTTS L.L.P.

BAKER BOTTS L.L.P.

| | |
|---|---|
| Dated: October 30, 2019 | */s/ Jeffrey J. Toney (with permission)* |

Jeffrey J. Toney (*pro hac vice*)
Ralph E. Gaskins (*pro hac vice*)
Jackie L. Toney (*pro hac vice*)
Paul G. Williams (*pro hac vice)*
Hala S. Mourad (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jtoney@kasowitz.com
rgaskins@kasowitz.com
jatoney@kasowitz.com
pwilliams@kasowitz.com
hmourad@kasowitz.com

Lyn R. Agre (SBN 178218)
Margaret A. Ziemianek (SBN233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com

*Attorneys for Plaintiff RideApp, Inc.*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories to this document.

By */s/ John F. Gaustad*
John F. Gaustad (SBN 279893)
john.gaustad@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699