| | |
|---|---|
| Jeremy J. Taylor (SBN 249075)<br>jeremy.taylor@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6200<br>Fax: (415) 291-6300<br><br>Bryant C. Boren, Jr. (SBN 260602)<br>bryant.c.boren@bakerbotts.com<br>Elizabeth K. Boggs (SBN 280555)<br>betsy.boggs@bakerbotts.com<br>John F. Gaustad (SBN 279893)<br>john.gaustad@bakerbotts.com<br>Keith M. Jurek (SBN 310856)<br>keith.jurek@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, California 94304<br>Phone: (650) 739-7500<br>Fax: (650) 739-7699<br><br>Jennifer C. Tempesta (*admitted pro hac vice*)<br>**BAKER BOTTS L.L.P.**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Phone: (212) 408-2500<br>Fax: (212) 408-2501<br><br>*Attorneys for Defendant LYFT, INC.* | JEFFREY J. TONEY (*pro hac vice*)<br>RALPH E. GASKINS (*pro hac vice*)<br>JACKIE L. TONEY (*pro hac vice*)<br>PAUL G. WILLIAMS (*pro hac vice*)<br>HALA S. MOURAD (*pro hac vice*)<br>KASOWITZ BENSON TORRES LLP<br>1349 West Peachtree Street NW, Suite 1500<br>Atlanta, Ga 30309<br>Telephone: (404) 260-6080<br>Facsimile: (404) 260-6081<br>jtoney@kasowitz.com<br>rgaskins@kasowitz.com<br>jatoney@kasowitz.com<br>pwilliams@kasowitz.com<br>hmourad@kasowitz.com<br><br>LYN R. AGRE (SBN 178218)<br>MARGARET A. ZIEMIANEK (SBN 233418)<br>KASOWITZ BENSON TORRES LLP<br>101 California Street, Suite 2300<br>San Francisco, California 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 398-5030<br>lagre@kasowitz.com<br>mziemianek@kasowitz.com<br><br>*Attorneys for Plaintiff RIDEAPP, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RIDEAPP, INC.<br><br>               Plaintiff,<br>   v.<br><br>LYFT, INC.<br><br>               Defendant. | Case No. 18-CV-07152-JST<br><br>**JOINT STIPULATED [PROPOSED] FINAL JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and the Joint Stipulation for Entry of Final Judgment (the "Stipulation") between Plaintiff RideApp, Inc. ("RideApp") and Defendant Lyft, Inc. ("Lyft"), the Court hereby directs entry of final judgment in conformity with the Court's October 16, 2019 Claim Construction Order (ECF No. 117) (the "Order") as follows:

1. The Court hereby enters, in favor of Lyft, Final Judgment of invalidity of Claims 2, 3, and 6 of U.S. Patent No. 6,697,730 for the reasons stated in the Order (ECF No. 117).

2. The Court dismisses without prejudice any remaining affirmative defenses raised by Lyft. These defenses shall be reinstated in the event this Judgment is reversed, in whole or in part.

3. The Court dismisses as moot Lyft's Motion to Dismiss RideApp, Inc.'s Second Amended Complaint (ECF No. 89). In the event this Judgment is reversed, in whole or in part, Lyft may again raise—in a motion to dismiss or otherwise—any argument that Claims 2, 3, and 6 are invalid and/or unenforceable under 35 U.S.C. § 101. The Court dismisses as moot any other pending motions.

4. This Judgment dismisses with prejudice all claims brought by RideApp, and it is ordered that RideApp recover nothing by its claims against Lyft.

5. This Judgment denies any other requested relief not granted in this judgment with the exception of any application or motion for costs and/or attorneys' fees filed by Lyft. The Court retains jurisdiction to hear any application or motion for costs and/or attorneys' fees filed by Lyft pursuant to Federal Rule of Civil Procedure 54, Local Rules 54-1 through 54-5, and any other applicable statute or rule.

6. This Judgment and the Stipulation are without any waiver of, or prejudice to, RideApp's or Lyft's rights to challenge the Order on appeal and to appeal this Judgment on any ground relating to the Order.

/ / /

/ / /

7. This Final Judgment resolves all claims between all parties and is therefore appealable.

Dated: October 31, 2019

_____
JON S. TIGAR
United States District Judge