Jeffrey J. Toney (*admitted pro hac vice*)
jtoney@kasowitz.com
Ralph E. Gaskins (*admitted pro hac vice*)
rgaskins@kasowitz.com
Jackie L. Toney (*admitted pro hac vice*)
jatoney@kasowitz.com
Paul G. Williams (*admitted pro hac vice*)
pwilliams@kasowitz.com
Hala S. Mourad (admitted pro hac vice)
hmourad@kasowitz.com
KASOWITZ BENSON TORRES LLP
1349 West Peachtree Street NW, Suite 1500
Atlanta, Ga 30309
Telephone:  (404) 260-6080
Facsimile:  (404) 260-6081

Lyn R. Agre (SBN 178218)
lagre@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
mziemianek@kasowitz.com
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

*Attorneys for Plaintiff RideApp, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDEAPP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC. <br><br> Defendant. | Case No.  4:18-CV-07152-JST <br><br> **PLAINTIFF RIDEAPP, INC.'S NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 1295 and Fed. R. App. R. 3 and 4, Plaintiff RideApp, Inc. ("RideApp") hereby respectfully appeals to the United States Court of Appeals for the Federal Circuit from the District Court's entry of Final Judgment in the above-captioned case, dated October 31, 2019 (Dkt. No. 121), as well as form all underlying and related Orders, Opinions, Decisions, and Rulings, including but not limited to:

- October 31, 2019 Joint Stipulated Final Judgment (Dkt. No. 121);
- October 10, 2019 Claim Construction Order (Dkt. No. 117);
- August 15, 2019 Order Denying in Part and Deferring Ruling in Part on Motion to Dismiss (Dkt. No. 97);
- May 14, 2019 Order Granting in Part Motion for Leave to File Second Amended Complaint; Terminating as Moot Motion for Judgment on the Pleadings; and Amending Deadline to Amend the Pleadings (Dkt. No. 84).

Dated:  December 2, 2019

*/s/ Jeffrey J. Toney*
Jeffrey J. Toney (pro hac vice)
Ralph E. Gaskins (pro hac vice)
Jackie L. Toney (pro hac vice)
Paul G. Williams (pro hac vice)
Hala S. Mourad (pro hac vice)
KASOWITZ BENSON TORRES LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, Georgia 30309
Telephone:  (404) 260-6080
Facsimile:  (404) 260-6081
jtoney@kasowitz.com
rgaskins@kasowitz.com
jatoney@kasowitz.com
pwilliams@kasowitz.com
hmourad@kasowitz.com

Lyn R. Agre (SBN 178218)
Margaret A. Ziemianek (SBN 233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com

*Attorneys for Plaintiff RideApp, Inc.*

–2–
PLAINTIFF RIDEAPP, INC.'S NOTICE OF APPEAL
Case No. 4:18-CV-07152-JST

KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111